# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1006
_____

CYNDY REED STEWART,

Appellant,

v.

MADISON COUNTY SCHOOL
BOARD and FLORIDA SCHOOL
BOARDS INSURANCE TRUST,

Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Jacquelyn L. Newman, Judge.

Date of Accident: April 18, 2019.


February 28, 2024

PER CURIAM.

AFFIRMED. *See Moise v. Disney Pop Century Resort*, 244 So. 3d 403 (Fla. 1st DCA 2018).

OSTERHAUS, C.J., and ROBERTS and RAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Natalie A. Cavallaro of Morgan & Morgan, Tallahassee, and Thomas Warren Sculco and Shannon McLin of Florida Appeals, Orlando, for Appellant.

Todd J. Sanders of Chartwell Law, Tallahassee, for Appellees.